UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTHEW TAYLOR, et al.,<br><br>            Defendants. | Case No. 22-cv-03427-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   7/18/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge