UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIS,<br><br>   Plaintiff,<br><br> v.<br><br>MATTHEW TAYLOR, et al.,<br><br>   Defendants. | Case No. 22-cv-03427-HSG<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 17 |

Defendants have filed a motion for summary judgment and noticed a hearing for May 4, 2023 at 2:00 p.m. Dkt. No. 17. Per the Court's October 13, 2022 Order, no hearing will be held on Defendants' dispositive motion. Dkt. No. 11. The hearing on the summary judgment motion, currently scheduled for May 4, 2022, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 1/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge