UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW TAYLOR, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-03427-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 32 |

The Court GRANTS IN PART AND DENIES IN PART Defendant's request for an extension of time to file his dispositive motion. Dkt. No. 32. Defendant shall file his dispositive motion by June 30, 2025. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED.**

Dated:　3/31/2025

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge