UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW TAYLOR, et al.,<br><br>    Defendants. | Case No. 22-cv-03427-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   11/21/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge